JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE, | Case No. CV 11-0539-PSG (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| McDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: ___October 7, 2011___

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE